THE PEOPLE OF THE STATE OF NEW YORK, ex rel. LAWRENCE W. MARTIN, Appellant, v ROY F. BOMBARD, as Superintendent, Greenhaven Correctional Facility, Respondent.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated December 15, 1977, which, after a hearing, dismissed the petition. Appeal dismissed as academic, without costs or disbursements. Petitioner is now on parole and is no longer restrained in his liberty to such a degree as to entitle him to the relief sought (see CPLR 7002, subd [a]; *People ex rel. Wilder v Markley,* 26 NY2d 648; *People ex rel. Tucker v Board of Parole,* 56 AD2d 585). Titone, J. P., Hawkins, Suozzi and Mollen, JJ., concur.